The Illinois Central Railroad Co. *v.* Carl Wodrig,

and

Same *v.* George Bertrum.

*Opinion filed June 18, 1898.*

These cases are controlled by the decision in *Illinois Central Railroad Co.* v. *Wakefield*, (*ante*, p. 564.)

Appeal from the Circuit Court of McLean county; the Hon. Colostin D. Myers, Judge, presiding.

Williams & Capen, (C. V. Gwin, of counsel,) for appellant.

Thompson & Donahue, for appellees.

Per Curiam:  These cases are in all essential respects similar to the case of *Illinois Central Railroad Co.* v. *Wakefield*, (*ante*, p. 564,) except that in these cases the railroad company derived its right of way from private owners and not by grant from the State.   For the reasons given in that case, and the cases referred to there, the judgments in these cases are affirmed.

*Judgment affirmed.*